MILLER F. BEEBE *vs.* ALLEN BEEBE

Motion for new trial.   Citation of authorities, where the ground for the motion is newly discovered evidence.

*Kalamazoo Circuit, May,* 1871.

*O. T. Tuthill*, for the motion.

*Severens & Burrows, Contra.*

McWILLIAMS *vs.* DAVIS.

Motion for new trial, by defendant.

*By the Court*, BROWN, J.—The motion in this case is denied, the showing being deemed insufficient.

One of the grounds relied upon for a new trial was newly discovered evidence, and in support of this ground the following authorities were cited: *Hilliard on New Trials*, 362, 382, 384; 1 *Johns. Cases*, 402; 20 *Conn.*, 305; 14 *Vt.*, 414; 7 *Dana*, 329; 28 *Maine*, 379; 7 *Met.* 478; 6 *Pick*, 114; 18 *Vt.*, 460; 20 *Conn.*, 305; 3 *Gra., and Waterman on N. T.*, 1019.

*Contra:* It must be made to appear affirmatively that the evidence could not have been discovered by due, ordinary or reasonable diligence. *Hilliard on New Trials*, 378; *Robinson vs. Doe*, 6 *Blackf.*, 85; *Gardner vs. Gardner*, 2 *Gray*, 434; *People vs. Mack*, 2 *Parker*, 673; *Simpkins vs. Wilson*, 11 *Ind.*, 541; *Laflin vs. Herrington*, 17 *Ill.*, 399; *Williams vs. Baldwin*, 18 *John.*, 489; *Stearns vs. Allen*, 18 *Vt.*, 119.

Newly discovered evidence, merely cumulative, is no ground for a new trial. *Hilliard on N. T.*, 180, § 13; *Stimpson vs. Wilson*, 6 *Ind.*, 474; *Ferrin vs. Protection Ins. Co.*, 11 *Ohio*, 147; *Schlencker vs. Risley*, 3 *Scam.*, 483; *Smith vs. Schultz*, 1 *Scam.*, 499; *Jennings vs. Loring*, 5 *Ind.*, 250; *Gardner vs. Gardner*, 2 *Gray*, 434; *Manix vs. Malony*, 7 *Clark*, 81; *Gardner vs. Mitchell*, 6 *Pick.*, 116; *Sawyer vs. Merrill*, 10 *Pick.*, 16; *Whitbeck vs. Whitbeck*, 9 *Cow.*, 266; *People vs. S. C. of N. Y.*, 5 *Wend.*, 114; 10 *Id.*, 85.

Newly discovered evidence, which goes only to impeach the credit or character of a witness, is not sufficient ground for a new trial. *Hilliard on N. T.*, 385; 6 *Blackf.*, 496; 11 *Barb.*, 215; 2 *Denio*, 109; 11 *Ind.*, 234; 5 *John.*, 248.